## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NORTH CAROLINA
## SOUTHERN DIVISION

No. 7:12-cv-139-F

| | |
|---|---|
| VACLESS SYSTEMS, INC., | **ORDER** |
| Plaintiff, | |
| vs. | |
| STEVE LINCKE, D/B/A POOL SAFETY SPECIALISTS, | |
| Defendant. | |

Upon motion, request, and proper showing by counsel for Plaintiff in the above captioned action for entry of default pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, and the above-named Defendant Steve Lincke, d.b.a. Pool Safety Specialists, having failed to appear, plead, or otherwise defend, default is hereby entered against the Defendant Steve Lincke, d.b.a. Pool Safety Specialists.

So ORDERED, this 28th day of *Aug.* 2012

Julie a. Richards

Clerk of Court, U.S. District Court for the Eastern District of North Carolina